# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2023-3239
Lower Tribunal No. 20-1482F

———————————————

PAUL LUIS SCRIBNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

November 18, 2025

PER CURIAM.

AFFIRMED.

WHITE, MIZE and GANNAM, JJ., concur.


Paul Louis Scribner, Clermont, pro se.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Senior
Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED